JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEOBARDO CHAVEZ BARRIENTOS,<br><br>          Petitioner,<br><br>    v.<br><br>WARDEN F.C.C. LOMPOC, ET AL.,<br><br>          Respondents. | Case No. 2:24-cv-00066-KK-PD<br><br>**JUDGMENT** |

Pursuant to the Order Dismissing Petition for Writ of Habeas Corpus, IT IS ADJUDGED that the Petition is dismissed without prejudice.

DATED: September 16, 2024

_____
HONORABLE KENLY KIYA KATO
United States District Judge